ACCEPTED
03-14-00019-CV
4447462
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/10/2015 5:11:58 PM
JEFFREY D. KYLE
CLERK



## LAW OFFICE OF
## JAY D. SMITH

March 10, 2015

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

3/10/2015 5:11:58 PM

JEFFREY D. KYLE
Clerk

RE: Vacation Notice

Dear Clerks, Court Coordinators and Attorneys:

Please be advised that my office will be closed on the following dates:

- April 9-10, 2015
- April 17, 2015
- April 20, 2015
- May 13, 2015 through June 2, 2015

Please do not schedule any hearings, trials, depositions, mediations, or any other matters that require my attendance or serve any discovery requests or other instruments which require a response on the day immediately prior to, during, or immediately after these dates.

Thank you,

Jay D. Smith

512.340.0002 // 512.852.4402 (fax) // jaysmithlaw.com // jay@jaysmithlaw.com
7700 Cat Hollow Dr., Ste. 107, Round Rock, Texas 78681-5797